# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      Plaintiff,           Case No.: 19-cr-20138-1

                                   Hon. Matthew F. Leitman
v                                United States District Court Judge

D1, SERGIO COLLINS,

      Defendant.
_____/

## DEFENDANT'S ORDER TO ALLOW MARRIAGE

This matter having been heard this 12th day of February, 2020 on Defendant's Motion seeking an order from this court allowing Defendant to be married while in custody of the United States Marshal Service at the Clare County Jail, Harrison, Michigan and there being no objection from the Government and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that Defendant may be married while in custody of the United States Marshal Service at the Clara County Jail, Harrison, Michigan, providing that the ceremony does not affect the order and safety of the county jail's daily operation and safety.

                                             /s/Matthew F. Leitman
                                             MATTHEW F. LEITMAN
                                             UNITED STATES DISTRICT JUDGE

Dated: February 18, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 18, 2020, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764