UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITE STATES OF AMERICA,

    Plaintiff,

v.

                                                      Case No. 19-cr-20138
                                                      Hon. Matthew F. Leitman

SERGIO COLLINS,

    Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION AND AMENDED MOTION TO REVOKE DETENTION ORDER (ECF Nos. 33, 45)

On September 10, 2020, the Court held a hearing on two motions filed by Defendant Sergio Collins: (1) a motion to revoke Collins' order of detention (ECF No. 33) and (2) an amended motion to revoke Collins' detention order (ECF No. 45). For the reasons stated on the record during the hearing, the motions are **DENIED**.

    **IT IS SO ORDERED**.

                                                  s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
Dated: September 10, 2020          UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 10, 2020, by electronic means and/or ordinary mail.

                                                  s/Holly A. Monda
                                                  Case Manager
                                                  (810) 341-9764