UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D1, SERGIO COLLINS,

    Defendant.
_____/

Case No. 19-cr-20138-1
Hon. Matthew F. Leitman

## ORDER TERMINATING APPEARANCE OF ATTORNEY STEFANIE LAMBERT JUNTTILA AND APPOINTING NEW COUNSEL

The Court held a status conference in this case on June 27, 2022. During the conference, Defendant Sergio Collins indicated that he wanted a new lawyer and that he wanted the Court to appoint that new lawyer for him. For the reasons stated on the record, the Court **GRANTS** Collins' request for new counsel and **TERMINATES** the Appearance of Ms. Lambert Junttila.

**IT IS FURTHER ORDERED** that the Federal Community Defender's Office is directed to assign an attorney from the CJA Panel to be appointed and substituted to represent Defendant.

**IT IS FURTHER ORDERED** that the parties shall appear for a status conference at a date and time to be set by the Court once new counsel has been appointed.

**IT IS FURTHER ORDERED** that the time period from June 27, 2022 through the date of the status conference shall be excludable from the time calculation mandated by the Speedy Trial Act, 18 U.S.C. § 3161(H)(7)(A)(B) and 18 U.S.C. § 3161(H)(7)(B)(iv), and that the ends of justice served by this delay outweigh the public's and the defendant's interest in a speedy trial.  The exclusion of this time is essential in order to permit newly-appointed counsel to meet and confer with Collins, to get up to speed, and to prepare for the next steps in the case.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 30, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 30, 2022, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764